UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CASE NO. 21-CR- 702-JEB

JULIO BAQUERO,

    Defendant.
_____/

## NOTICE OF FILING

Julio Baquero, by and through undersigned counsel, files this Notice of Filing letter of support.

                                      **Respectfully submitted,**

                                      **MICHAEL CARUSO**
                                      **FEDERAL PUBLIC DEFENDER**

                                      By:  /s/ *Michael Caruso*
                                                Florida Bar No. 051993
                                                150 W. Flagler Street, Suite 1500
                                                Miami, Florida 33130-1556
                                                (305) 530-7000
                                                (305) 536-4559, Fax
                                                Email: Michael_Caruso@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2023, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                               */s/ Michael Caruso*

Dear honorable judge,

    After a cordial greeting. I, Keila Tavarez, Electronic Support Desk for American Airlines is writing you to serve this letter as a character witness for Mr. Julio Baquero, whom I know for over 4 years. Over these years, I have had the pleasure of sharing and expending time with Mr. Baquero and his family, he is my son's Jayden baseball coach and friend outside the field.

After receiving the news about his case, I was surprised because I can confidently say that Mr. Baquero is a person with upright character, carries themselves in a polite, respectable manner, and an incredible father figure.

Julio Baquero has served as a mentor for my son Jayden. He is always there to guide him, not only on baseball tricks but in school and personal matters. Jayden feels comfortable communicating and receiving advising from Mr. Baquero. At least twice a week my son Jayden stay at the field after practice for a one-on-one practice with Mr. Baquero, he is a real motivation for my son. It is for this reason; I am happy to write a letter of reference for Julio Baquero regarding this matter.

As I understand the seriousness of this matter, we hope the court will show some consideration when determine the outcome of this case.

If you have any other question or concern, please do not hesitate to contact me at keila3216@gmail.com.

Sincerely,

Keila Tavarez